BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: § 
 § 
Five64, LLC § Case No.: 23-30769-swe11
 § 
 § 
 § 
Debtor(s) § 
 § 

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: 04/19/2023

Hoke Smith/Chief Executive Officer
Signer/Title

Date: 4/19/2023

Signature of Attorney
Thomas D. Berghman 24082683
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
214-855-7500  Fax: 214-855-7584

81-3710982
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

64 IP Holdings, LLC
10 N Caddo St PMB 137
Cleburne, TX 76031-5540

Amazon Web Services LLC
410 Terry Ave N
Seattle, WA 98109-5210

Ashley Lovell
1708 Raylene Dr
Cleburne, TX 76033-7354

Aspen Technologies Group LLC
734 Main St Ste 200
Grand Junction, CO 81501-3598

AT&T
311 S Akard St
Dallas, TX 75202-5322

Auto Advocate, Inc.
5268 Nicholson Ln Ste G-176
Kensington, MD 20895-1009

Avalara, Inc.
255 S King St Ste 1800
Seattle, WA 98104-3320

Barbara Sessom
1124 Tanglewood Dr
Cleburne, TX 76033-4620

BlueCross BlueShield of Texas
PO Box 655730
Dallas, TX 75265-5730

Callahan Motor Company LLC
9601 Denton Hwy
Keller, TX 76244-6831

Carleton, Inc.
1251 N Eddy St Ste 202
South Bend, IN 46617-1478

CCC Intelligent Solutions Inc.
167 N Green St Fl 9
Chicago, IL 60607-2377

Centra Funding, LLC
1400 Preston Rd Ste 115

Plano, TX 75093-5159

City Capital NY
164 20th St Ste 4E
Brooklyn, NY 11232-1151

City of Cleburne
418 W Henderson St
PO Box 657
Cleburne, TX 76033-5453

Consuela Valdez
PO Box 986
Venus, TX 76084-0986

Consumer Research Solutions, LLC
DEPT CH 14512
Palatine, IL 60055-4512

Cook Keith & Davis
6688 N Central Expy Ste 1000
Dallas, TX 75206-3900

Cucumber Capital, LLC
445 Central Ave Unit 108
Cedarhurst, NY 11516-2016

DataOne, LLC
100 Cummings Ctr Ste 251C
Beverly, MA 01915-6133

DealerSocket
1500 Solana Blvd Ste 6300
Roanoke, TX 76262-1713

Dynatrace LLC
1601 Trapelo Rd Ste 116
Waltham, MA 02451-7351

Erin Gober
1102 S First Ave
Grandview, TX 76050-2000

Estes Armstrong Earley LLC
907 W Henderson St Ste A
Cleburne, TX 76033-4874

Flowood Mac Haik CDJR
4000 Lakeland Dr
Flowood, MS 39232-8891

```
Fox Capital Group, Inc.
803 S 21st Ave
Hollywood, FL 33020-6962

Frances Sanders
109 Janis St Unit A
Alvarado, TX 76009-3329

Frost Bank
PO Box 1600
San Antonio, TX 78296-1600

Fundamental Capital, LLC
20803 Biscayne Blvd Ste 300
Aventura, FL 33180-1431

Hoke Smith
10 N Caddo St PMB 137
Cleburne, TX 76031-5540

Hudson Bus Sales
3145 N Main St
Cleburne, TX 76033-5029

Johnna Jackson
1400 Clearfield Dr
Cleburne, TX 76033-6919

Lithia Motors, Inc.
150 N Bartlett St
Medford, OR 97501-6032

Logicworks
155 Avenue of the Americas Fl 8
New York, NY 10013-1507

M2 Equipment Finance
801 W Lancaster Ave
Bryn Mawr, PA 19010-3305

Mac Haik CDJR Jackson
5395 I 55 N
Jackson, MS 39206-4144

Mac Haik CDJR Katy Freeway
12111 Katy Fwy
Houston, TX 77079-1501

Mac Haik Chevrolet
```

1711 Katy Fwy
Houston, TX 77079-1739

Mac Haik Ford
7201 S Interstate 35
Georgetown, TX 78626-2320

Mac Haik's Southway Ford
7979 S IH 35
San Antonio, TX 78224-1334

Mercedes-Benz of St. Clair Shores
20200 E 9 Mile Rd
Saint Clair Shores, MI 48080-1791

Michael Wilcox
812 Sugar Hill Ave
Cleburne, TX 76033-5966

Michigan Auto Title Service, Inc.
243 Cass Ave Ste C
Mount Clemens, MI 48043-2124

Microsoft
1 Microsoft Way
Redmond, WA 98052-8300

Munsch Hardt Kopf & Harr, P.C.
500 N Akard St Ste 3800
Dallas, TX 75201-6659

Nowcom, LLC
4751 Wilshire Blvd Ste 205
Los Angeles, CA 90010-3860

ODK Capital, LLC
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133

OffenderWatch
4 Sanctuary Blvd Ste 100
Mandeville, LA 70471-3089

Opus Vehicle Titling & Registration
1445 Brookville Way Ste G
Indianapolis, IN 46239-1197

Pamela S. Smith
10 N Caddo St PMB 137
Cleburne, TX 76031-5540

Paychex Inc.
1175 John St
West Henrietta, NY 14586-9102

Pearl Delta Funding, LLC
525 Washington Blvd
Jersey City, NJ 07310-1606

Penny Bell
113 Quail Meadows Dr
Rio Vista, TX 76093-2947

Portland Retail Group
11701 Bee Caves Rd Ste 262
Austin, TX 78738-5046

Salesforce, Inc.
415 Mission St Fl 3
San Francisco, CA 94105-2504

Slack Technologies, Inc.
415 Mission St Fl 3
San Francisco, CA 94105-2504

Swift Funding Source Inc.
2474 McDonald Ave
Brooklyn, NY 11223-5233

Tekion Corp
5934 Gibraltar Dr Ste 102
Pleasanton, CA 94588-2727

Tina Kuykendall
909 Surry Place Dr
Cleburne, TX 76033-6008

Trader Interactive, LLC
999 Waterside Dr
Norfolk, VA 23510-3300

Transaction Tax Resources, Inc.
3850 NE Three Mile Ln
McMinnville, OR 97128-9402

TXU Energy
PO Box 650393
Dallas, TX 75265-0393

Unique Funding Solutions LLC

71 S Central Ave Ste 200
Valley Stream, NY 11580-5403

Unum
1 Fountain Sq
Chattanooga, TN 37402-1306

Vanta Inc.
369 Hayes St
San Francisco, CA 94102-4420

Waste Connections, Inc.
3 Waterway Square Pl Ste 110
The Woodlands, TX 77380-3488

Western Computer
351 Candelaria Rd
Oxnard, CA 93030-8135

Westlake Financial Services
4751 Wilshire Blvd Ste 100
Los Angeles, CA 90010-3847

WhitneySmith Company
301 Commerce St Ste 1950
Fort Worth, TX 76102-4184

Wynwood Capital Group LLC
20200 W Dixie Hwy
Miami, FL 33180-1918