Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
tberghman@munsch.com

*Counsel to the Debtors*
*and Debtors-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>FIVE64, LLC,[1]<br><br>Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 23-30767-swe11<br><br>(Jointly Administered) |

### NOTICE OF EFFECTIVE DATE AND PLAN DEADLINES

PLEASE TAKE NOTICE that on July 18, 2023, the above-captioned debtors filed their *Joint Consolidated Chapter 11 Subchapter V Plan of Liquidation* [Docket No. 103] (the "Plan").

PLEASE TAKE FURTHER NOTICE that on August 31, 2023, the Bankruptcy Court entered its *Order Confirming Chapter 11 Subchapter V Plan of Liquidation* [Docket No. 123].

PLEASE TAKE FURTHER NOTICE that all preconditions thereto having been satisfied, the "Effective Date" of the Plan is **September 14, 2023**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Five64, LLC (0982) and 64 IP Holdings, LLC (0685). The location of the Debtors' service address is: 10 N Caddo St PMB 137, Cleburne, TX 76031-5540.

1

PLEASE TAKE FURTHER NOTICE that, pursuant to the provisions of the Plan, the following are various deadlines under the Plan, as triggered by the Effective Date:

| Administrative Claims Bar Date | October 16, 2023 |
| --- | --- |
| Rejection Claims Bar Date | October 16, 2023 |
| Claims Objection Deadline | March 12, 2024 |

PLEASE TAKE FURTHER NOTICE that, pursuant to ¶ 12.7 of the Plan, any holder of a Claim may designate another address for the purposes of receiving all notices, requests, and distributions by providing the Creditor Trust Trustee with written notice of such address, which notice will be effective upon receipt, at the following address:

> Scott M. Seidel
> 6505 W Park Blvd Ste 306
> Plano, TX 75093-6212

Dated: September 15, 2023

By: */s/ Thomas Berghman*

> Thomas D. Berghman, Esq.
> Texas Bar No. 24082683
> MUNSCH HARDT KOPF & HARR, P.C.
> 500 N. Akard St., Ste. 3800
> Dallas, Texas 75201
> Telephone: (214) 855-7500
> Facsimile: (214) 978-4375
> tberghman@munsch.com
>
> *Counsel to the Debtors*
> *and Debtors-in-Possession*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 15, 2023, I personally caused to be served a true and correct copy of the above and foregoing document by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system, and on the parties shown on the attached service list, via first class U.S. Mail.

By: */s/ Thanhan Nguyen*
Thanhan Nguyen, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 23-30767-swe11<br>Northern District of Texas<br>Dallas<br>Fri Sep 15 09:08:15 CDT 2023 | 64 IP Holdings, LLC<br>10 N Caddo St. PMB 137<br>Cleburne, TX 76031-5540 | Centra Funding LLC<br>c/o Wright Law Group PLLC<br>P.O. Box 105603<br>PMB 84356<br>Atlanta, GA 30348-5603 |
| City Capital NY LLC<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 | Five64, LLC<br>10 N Caddo St. PMB 137<br>Cleburne, TX 76031-5540 | Fundamental Capital, LLC<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 |
| Pearl Capital Funding<br>Giuliano Law, P.C.<br>445 Broadhollow Road<br>Suite 25<br>Melville, NY 11747-3645 | Texas Workforce Commission<br>ATTN Rick Diaz<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| AT&T<br>311 S Akard St<br>Dallas, TX 75202-5398 | Abramovich Motors<br>41379 Date St<br>Murrieta, CA 92562-7030 | Amazon Web Services LLC<br>410 Terry Ave N<br>Seattle, WA 98109-5210 |
| Ashley Lovell<br>1708 Raylene Dr<br>Cleburne, TX 76033-7354 | Aspen Technologies Group LLC<br>734 Main St Ste 200<br>Grand Junction, CO 81501-3598 | Audi Downtown LA<br>Attn: Perry Makwana<br>1900 S Figueroa St Ste A<br>Los Angeles, CA 90007-1337 |
| Auto Advocate, Inc.<br>5268 Nicholson Ln Ste G-176<br>Kensington, MD 20895-1009 | (p)AVALARA  INC<br>ATTN LEGAL DEPARTMENT<br>255 SOUTH KING STREET SUITE 1800<br>SEATTLE WA 98104-3320 | Barbara Sessom<br>1124 Tanglewood Dr<br>Cleburne, TX 76033-4620 |
| BlueCross BlueShield of Texas<br>PO Box 655730<br>Dallas, TX 75265-5730 | CCC Intelligent Solutions Inc.<br>167 N Green St Fl 9<br>Chicago, IL 60607-2379 | Callahan Motor Company LLC<br>9601 Denton Hwy<br>Keller, TX 76244-6831 |
| Car Den<br>1800 W Radcliff Ave<br>Englewood, CO 80110-5401 | Carleton, Inc.<br>1251 N Eddy St Ste 202<br>South Bend, IN 46617-1478 | Cars of Kentucky<br>356 Big Hill Ave<br>Richmond, KY 40475-2012 |
| Centra Funding, LLC<br>1400 Preston Rd Ste 115<br>Plano, TX 75093-5159 | City Capital NY<br>164 20th St Ste 4E<br>Brooklyn, NY 11232-1151 | City of Cleburne<br>418 W Henderson St<br>PO Box 657<br>Cleburne, TX 76033-0657 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Consuela Valdez<br>PO Box 986<br>Venus, TX 76084-0986 | Consumer Research Solutions, LLC<br>DEPT CH 14512<br>Palatine, IL 60055-4512 |

| | | |
|---|---|---|
| Cook Keith & Davis<br>6688 N Central Expy Ste 1000<br>Dallas, TX 75206-3900 | Cucumber Capital LLC<br>445 Central Avenue, Suite 108<br>Cedarhurst, NY 11516-2016 | Cucumber Capital, LLC<br>445 Central Ave Unit 108<br>Cedarhurst, NY 11516-2016 |
| DataOne, LLC<br>100 Cummings Ctr Ste 251C<br>Beverly, MA 01915-6133 | DealerSocket<br>1500 Solana Blvd Ste 6300<br>Roanoke, TX 76262-1713 | Doering Leasing<br>Attn: Shannon Smith<br>15300 W Capitol Dr<br>Brookfield, WI 53005-2619 |
| Dynatrace LLC<br>1601 Trapelo Rd Ste 116<br>Waltham, MA 02451-7351 | Erin Gober<br>1102 S First Ave<br>Grandview, TX 76050-2000 | Estes Armstrong Earley LLC<br>907 W Henderson St Ste A<br>Cleburne, TX 76033-4874 |
| Flowood Mac Haik CDJR<br>4000 Lakeland Dr<br>Flowood, MS 39232-8891 | Ford City Motors<br>1081 Rock Road Ln<br>East Dundee, IL 60118-2444 | Fox Capital Group, Inc.<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 |
| Frances Sanders<br>109 Janis St Unit A<br>Alvarado, TX 76009-3329 | Frost Bank<br>PO Box 1600<br>San Antonio, TX 78296-1600 | Fundamental Capital, LLC<br>20803 Biscayne Blvd Ste 300<br>Aventura, FL 33180-1431 |
| Gibbys Auto Pros<br>515 Parkway<br>Sevierville, TN 37862-3404 | Hoke Smith<br>10 N Caddo St PMB 137<br>Cleburne, TX 76031-5540 | Hudson Bus Sales<br>3145 N Main St<br>Cleburne, TX 76033-5029 |
| I80 Auto Sales<br>3201 167th St<br>Hazel Crest, IL 60429-1026 | Internal Revenue Service<br>1100 Commerce St<br>MC 5026 DAL<br>Dallas TX 75242-1100 | Johnna Jackson<br>1400 Clearfield Dr<br>Cleburne, TX 76033-6919 |
| Lithia Motors, Inc.<br>150 N Bartlett St<br>Medford, OR 97501-6046 | Lodi CDJR<br>Attn: Chrissy Tank<br>1255 S Beckman Rd<br>Lodi, CA 95240-3174 | Logicworks<br>155 Avenue of the Americas Fl 8<br>New York, NY 10013-1507 |
| M2 Equipment Finance<br>801 W Lancaster Ave<br>Bryn Mawr, PA 19010-3305 | MB of Los Angeles<br>Attn: Wil Silva<br>1801 S Figueroa St<br>Los Angeles, CA 90015-3421 | Mac Haik CDJR Houston<br>Attn: Yolanda Hernandez<br>12111 Katy Fwy<br>Houston, TX 77079-1501 |
| Mac Haik CDJR Jackson<br>5395 I 55 N<br>Jackson, MS 39206-4144 | Mac Haik CDJR Katy Freeway<br>12111 Katy Fwy<br>Houston, TX 77079-1501 | Mac Haik Chevrolet<br>1711 Katy Fwy<br>Houston, TX 77079-1739 |

| | | |
|---|---|---|
| Mac Haik Ford<br>7201 S Interstate 35<br>Georgetown, TX 78626-2320 | Mac Haik Ford<br>Attn: Linnea Lewin<br>10333 Katy Fwy<br>Houston, TX 77024-1107 | Mac Haik's Southway Ford<br>7979 S IH 35<br>San Antonio, TX 78224-1334 |
| Mercedes-Benz of St. Clair Shores<br>20200 E 9 Mile Rd<br>Saint Clair Shores, MI 48080-1791 | Michael Wilcox<br>812 Sugar Hill Ave<br>Cleburne, TX 76033-5966 | Michigan Auto Title Service, Inc.<br>243 Cass Ave Ste C<br>Mount Clemens, MI 48043-2124 |
| Microsoft<br>1 Microsoft Way<br>Redmond, WA 98052-8300 | Munsch Hardt Kopf & Harr, P.C.<br>500 N Akard St Ste 3800<br>Dallas, TX 75201-6659 | Nissan Boerne<br>Attn: Shannon Day<br>31805 Interstate 10 W<br>Boerne, TX 78006-9277 |
| Nowcom, LLC<br>4751 Wilshire Blvd Ste 205<br>Los Angeles, CA 90010-3860 | ODK Capital, LLC<br>1400 Broadway<br>New York, NY 10018-5300 | ODK Capital, LLC<br>4700 W Daybreak Pkwy Ste 200<br>South Jordan, UT 84009-5133 |
| OffenderWatch<br>4 Sanctuary Blvd Ste 100<br>Mandeville, LA 70471-3089 | Opus Vehicle Titling & Registration<br>1445 Brookville Way Ste G<br>Indianapolis, IN 46239-1197 | Orange Coast CDJR<br>2929 Harbor Blvd<br>Costa Mesa, CA 92626-3912 |
| Pamela S. Smith<br>10 N Caddo St PMB 137<br>Cleburne, TX 76031-5540 | Paychex Inc.<br>1175 John St<br>West Henrietta, NY 14586-9199 | Pearl Capital<br>c/o Giuliano Law PC<br>Anthony Giuliano, Esq.<br>445 Broadhollow Rd., Suite 25<br>Melville, N.Y. 11747-3645 |
| Pearl Delta Funding, LLC<br>525 Washington Blvd<br>Jersey City, NJ 07310-1606 | Penny Bell<br>113 Quail Meadows Dr<br>Rio Vista, TX 76093-2947 | Portland Retail Group<br>11701 Bee Caves Rd Ste 262<br>Austin, TX 78738-5046 |
| Salesforce, Inc.<br>415 Mission St Fl 3<br>San Francisco, CA 94105-2504 | Salesforce, Inc.<br>c/o Bialson, Bergen & Schwab<br>Attn: Lawrence Schwab/Gaye Heck<br>Menlo Park, CA 94025 | Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| Slack Technologies, Inc.<br>415 Mission St Fl 3<br>San Francisco, CA 94105-2504 | Swift Funding Source Inc.<br>2474 McDonald Ave<br>Brooklyn, NY 11223-5233 | Swift Funding Source, Inc.<br>1019 Avenue P<br>Brooklyn, NY 11223-2364 |
| TXU Energy<br>PO Box 650393<br>Dallas, TX 75265-0393 | Tekion Corp<br>5934 Gibraltar Dr Ste 102<br>Pleasanton, CA 94588-2727 | Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 |

| | | |
|---|---|---|
| Tina Kuykendall<br>909 Surry Place Dr<br>Cleburne, TX 76033-6008 | Trader Interactive, LLC<br>999 Waterside Dr<br>Norfolk, VA 23510-3300 | Transaction Tax Resources, Inc.<br>3850 NE Three Mile Ln<br>McMinnville, OR 97128-9402 |
| Unique Funding Solutions LLC<br>71 S Central Ave Ste 200<br>Valley Stream, NY 11580-5403 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Unum<br>1 Fountain Sq<br>Chattanooga, TN 37402-1306 |
| Vanta Inc.<br>369 Hayes St<br>San Francisco, CA 94102-4420 | Waste Connections, Inc.<br>3 Waterway Square Pl Ste 110<br>The Woodlands, TX 77380-3488 | Western Computer<br>351 Candelaria Rd<br>Oxnard, CA 93030-8135 |
| Westlake Financial Services<br>4751 Wilshire Blvd Ste 100<br>Los Angeles, CA 90010-3847 | WhitneySmith Company<br>301 Commerce St Ste 1950<br>Fort Worth, TX 76102-4184 | Wynwood Capital Group LLC<br>20200 W Dixie Hwy<br>Miami, FL 33180-1922 |
| Wynwood Capital Group, LLC<br>20200 W Dixie Highway<br>Miami, FL 33180-1922 | Frances A. Smith (SBRA V)<br>Ross & Smith, PC<br>700 N Pearl St, Suite 1610<br>Dallas, TX 75201-7459 | Thanhan Nguyen<br>Munsch Hardt Kopf and Harr PC<br>1717 West 6th Street<br>Suite 250<br>Austin, TX 78703-4777 |
| Thomas Daniel Berghman<br>Munsch Hardt Kopf & Harr PC<br>500 N Akard Street, Suite 3800<br>Dallas, TX 75201-6659 | | |